**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANICE HOWARD EDGLEY,

Plaintiff

v.

GNLV, LLC,

Defendant

Case No.: 2:26-cv-02955-APG-DJA

**Order Remanding Case for Lack of Subject Matter Jurisdiction**

Defendant GNLV, LLC removed this case based on diversity jurisdiction. ECF No. 1. However, by GNLV's own filing, the parties are both citizens of Texas, and thus not diverse. ECF Nos. 1 at 2-3; 1-2 at 7. Consequently, I remand the case for lack of subject matter jurisdiction.

I THEREFORE ORDER that this case is REMANDED to the court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 17th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE